```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     COOKEVILLE DIVISION
```

WILLIAM CARTER KING,            )
                                )
       Plaintiff              )
                                )    No. 2:11-0117
v.                              )    Judge Sharp/Brown
                                )    **Jury Demand**
TONY CHOATE and EVELYN FAYE SMITH, )
                                )
       Defendants             )

### **O R D E R**

Judge Sharp has set this case for a jury trial on July 30, 2013, at 9:00 a.m. and directed that the undersigned conduct the pretrial conference and enter a pretrial order as well as assist the Plaintiff with the preparation of subpoenas, exhibits and other matters necessary to try the case on the date set before him.

Accordingly, a pretrial conference shall be held in **Magistrate Judge Brown's Courtroom 783, United States Courthouse, 801 Broadway, Nashville, Tennessee, at 10:00 a.m. on Monday, July 8, 2013**. An order to produce the Plaintiff for the pretrial conference will be entered at the appropriate time.

The Defendants are hereby instructed to prepare a proposed final pretrial order for this action, which shall contain succinct statements of the theories of both the Plaintiff and the Defendants. The pretrial order shall also contain the Defendants' list of witnesses expected to be called at trial and their list of exhibits proposed for introduction at trial. This shall be filed

with the Court **one week** prior to the pretrial conference.  A copy of the proposed pretrial order shall be forwarded to Plaintiff **no later** than **one week** prior to the pretrial conference so that Plaintiff may review the order and determine what, if any, changes and/or additions he may wish to make.  Plaintiff shall present to the Court any additions or changes at the pretrial conference.

Notwithstanding these instructions, the parties may confer prior to the pretrial conference in order to jointly submit the final proposed pretrial order at the pretrial conference.

Plaintiff shall file with the Court no later than **one week** prior to the pretrial conference his list of proposed witnesses, their inmate numbers, if prisoners, their locations and/or addresses, and their anticipated testimony.  Plaintiff shall also bring this list to the pretrial conference.

No later than **one week** prior to the pretrial conference, Plaintiff shall also file with the Court a list of his proposed trial exhibits.  Plaintiff shall also bring to the pretrial conference his proposed trial exhibits.

Plaintiff is advised that no exhibits or witnesses will be allowed at trial other than those presented at the pretrial conference.

It is so **ORDERED.**

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge