UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM CARTER KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:11-cv-0117 |
| v. ) | |
| ) | Judge Sharp |
| TONY CHOATE, *et al.*, ) | Magistrate Judge Brown |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending,

1) defendants' motions for summary judgment (Docs. 124, 139) be **GRANTED**; 2) this case be **DISMISSED** with prejudice for failure to state a claim under 42 U.S.C. § 1983; 3) the order accepting and adopting this R&R constitute the **FINAL JUDGMENT** in this action; 4) any appeal **NOT** be certified as taken in good faith under 28 U.S.C. § 1915(a)(3); 5) any pending motions be **TERMINATED** a moot.

(Docket Entry No. 269 at 15). A response in opposition was filed to the R & R. (Docket Entry No. 278). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 269) is hereby ACCEPTED and APPROVED;

(2) The *Motion for Summary Judgment Filed on Behalf of Defendant Tony Choate* (Docket Entry No. 124) is hereby GRANTED;

(3) *Defendant Faye Smith's Motion for Summary Judgment* (Docket Entry No. 139) is hereby GRANTED;

1

(4)  All other pending motions are hereby TERMINATED as moot;

(5) This case is hereby DISMISSED WITH PREJUDICE; and

(6) The Court hereby certifies that any appeal would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE